UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 14-455 SI (pr) |
| DANNY GARCIA<br>(CDCR # V-30568),<br><br>        Plaintiff. | **ORDER OF DISMISSAL** |

Plaintiff sent to the court a letter complaining about his medical care in prison. In an effort to protect his rights, a new action was opened and the letter was filed on January 30, 2014. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 21, 2014

                                                SUSAN ILLSTON<br>                                         United States District Judge