**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 14-455 SI (pr) |
| DANNY GARCIA<br>(CDCR # V-30568),  | **JUDGMENT** |
|     Plaintiff. | |
| _____ / | |

This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 21, 2014      _____
　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge